ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
KELLEY S. OLAH (SBN 245180)
kelley.olah@btlaw.com
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
gabrielle.anderson-thompson@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Defendants
JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."); DEPUY ORTHOPAEDICS, INC.; PINNACLE WEST ORTHOPAEDICS, INC.; and GOLDEN STATE ORTHOPAEDICS, INC. (erroneously sued as "Golden State Orthopaedics")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET HAZEN,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. CV13-4289-SC<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS**<br><br>JURY TRIAL DEMANDED<br><br>Trial Date: None Set |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff JANET HAZEN and Defendants JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY ORTHOPAEDICS, INC., THOMAS SCHMALZRIED, M.D., PINNACLE WEST ORTHOPAEDICS, INC., and GOLDEN STATE

ORTHOPAEDICS, INC. (erroneously sued as "Golden State Orthopaedics") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____10/4_____, 2013

_____
UNITED STATES DISTRICT JUDGE